UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:24-cv-00351-SSS-DTBx | Date | April 29, 2024 |
|---|---|---|---|
| Title | Geneva Ocegueda v. CCS Commercial, LLC | | |

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Present     None Present

**Proceedings:   (IN CHAMBERS) Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiff and Defendant's Counsel for Failure to File a Rule 26(f) Report**

   On March 21, 2024, the Court issued an order setting the Scheduling Conference for May 10, 2024.  [Dkt. 12].  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are to file their Joint Rule 26(f) Report not later than 14 days before the Scheduling Conference.  As of today's date, the parties have not filed a Joint Rule 26(f) Report.

   Accordingly, the Court hereby **ORDERS** Plaintiff, Geneva Ocegueda, and counsel for Defendant, Michael J. Wright and Philip Hsing-Tsung Lo, to show cause why they should not each be sanctioned in the amount of $250 for their failure to file a timely Joint Rule 26(f) Report.  The parties are **DIRECTED** to respond in writing to this Order to Show Cause by **Monday, May 6, 2024, at 12:00 noon**.  The parties' failure to respond—or the parties' filing of an inadequate response—may result in the imposition of additional sanctions.

   **IT IS SO ORDERED.**